1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  CELEDONIO D. RABE; EDITH S. RABE, | ) Case No. 07cv1070-BEN (BLM) |
| 10              Plaintiffs, | ) **ORDER RESCHEDULING EARLY** |
| | ) **NEUTRAL EVALUATION CONFERENCE** |
| 11  v. | ) **AND CONVERTING TO TELEPHONIC** |
| | ) |
| 12  BRIAN WHITE, an individual; KEVIN ELMORE, an individual; | ) |
| 13  HERITAGE FUNDING GROUP, INC., a corporation; WEST POINT | ) |
| 14  MORTGAGE, INC., a corporation; DOWNEY SAVINGS AND LOAN | ) |
| 15  ASSOCIATION, F.A., a corporation; CENTRAL MORTGAGE | ) |
| 16  COMPANY d/b/a CENTRAL MORTGAGE LOAN SERVICING COMPANY, a | ) |
| 17  corporation; PRINCIPAL LIFE INSURANCE COMPANY, a | ) |
| 18  corporation, | ) |
| 19              Defendants. | ) |
| 20  KEVIN ELMORE, an individual; WEST POINT MORTGAGE, INC., a | ) |
| 21  corporation, | ) |
| 22      Cross-Complainants, | ) |
| 23  v. | ) |
| 24  BRIAN WHITE, an individual; HERITAGE FUNDING GROUP, INC., a | ) |
| 25  corporation; HANI SHENODA, an individual; REBECCA HILL, an | ) |
| 26  individual; and ROES 1 through 10, inclusive, | ) |
| 27      Cross-Defendants. | ) |

28

07cv1070-BEN (BLM)

Due to a conflict on the Court's calendar, the Early Neutral Evaluation (ENE) scheduled for August 29, 2007 at 9:30 a.m. is hereby converted to a **telephonic, attorneys-only** ENE to be held on **August 27, 2007** at **1:45 p.m.** The Court will initiate the call.

**Confidential ENE Statements Required**: On or before **August 22, 2007**, the parties shall submit confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major. **These confidential statements shall not be filed or served on opposing counsel.** Each party's confidential statement must include the following:

    a. A brief description of the case, the claims and/or counterclaims asserted, and the applicable defenses or position regarding the asserted claims;

    b. A specific and current demand or offer for settlement addressing all relief or remedies sought. If a specific demand or offer for settlement cannot be made at the time the brief is submitted, then the reasons therefore must be stated along with a statement as to when the party will be in a position to state a demand or make an offer; and

    c. A brief description of any previous settlement negotiations, mediation sessions, or mediation efforts.

General statements that a party will "negotiate in good faith" is not a specific demand or offer contemplated by this Order. It is assumed that all parties will negotiate in good faith.

**New Parties Must be Notified by Plaintiff's Counsel**: Plaintiff's counsel shall give notice of the ENE to parties responding to the complaint after the date of this notice.

---

[1] The parties shall not append attachments or exhibits to the ENE statement.

1   **Requests to Continue an ENE Conference**:   Local Rule 16.1(c)
2   requires that an ENE take place within forty-five (45) days of the
3   filing of the first answer.  Requests to continue ENEs are rarely
4   granted.  However, the Court will consider formal, written, *ex parte*
5   requests to continue an ENE conference when extraordinary circumstances
6   exist that make a continuance appropriate.  In and of itself, having to
7   travel a long distance to appear in person is not "extraordinary."
8   **Absent extraordinary circumstances, requests for continuances will <u>not</u>**
9   **be considered unless submitted <u>in writing</u> no less than seven (7) days**
10  **prior to the scheduled conference.**

11  **IT IS SO ORDERED.**

12  DATED:  August 13, 2007

             BARBARA L. MAJOR
             United States Magistrate Judge

18  COPY TO:

19  HONORABLE ROGER T. BENITEZ
    U.S. DISTRICT JUDGE

20  ALL COUNSEL